**File Hashes for IP Address 24.23.64.145**

**ISP:** Comcast Cable
**Physical Location:** Jackson, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/02/2013 03:50:36 | 58747357EA7301443B982C1940CC3C48671A4CDB | Rolling in the Sheets |
| 04/09/2013 06:23:46 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |
| 04/08/2013 19:27:28 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | Featherlight |
| 02/26/2012 04:10:41 | 08987B0E347D381B9C1A1CD524B1BBFFA8CD06FF | Leila Last Night |
| 02/26/2012 03:51:57 | 6205476B1CF9507CD873C683EA3DB9FB47BDC881 | Silvie Centerfold |
| 02/26/2012 03:37:06 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 02/26/2012 03:36:46 | 00503EF80C3B53060885240C43C869C9889BE623 | Carmen Poolside Striptease |
| 01/19/2012 18:31:38 | 357E724625B38760F17E283FAB0D509338BA6D1F | Angel Seaside Romp |
| 01/19/2012 15:19:51 | 813E0D7AF30BD63B94D09309DC613177D75C480D | Anneli Leila Menage A Trois |
| 12/25/2011 07:31:35 | 9CCAD47D2CEA82D5794123E4A30AC7FD5FC4FE42 | Girls Night Out |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NEMI98