# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No.2:13-cv-13486-PJD-LJM

JOHN DOE, subscriber assigned IP address 24.23.64.145,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.23.64.145. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 19, 2013

                                                                                                 Respectfully submitted,

                                                                                                 By:   /s/ *Paul J. Nicoletti*
                                                                                                 Paul J. Nicoletti
                                                                                                 pauljnicoletti@gmail.com
                                                                                                 LAW OFFICE OF NICOLETTI &
                                                                                                 ASSOCIATES, PLLC
                                                                                                 36880 Woodward Avenue, Suite 100
                                                                                                 Bloomfield Hills, Michigan 48304
                                                                                                 Phone:  (248) 203-7800
                                                                                                 *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Paul J. Nicoletti*
                Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

  Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

  This 19th day of December, 2013.

                /s/ *Paul J. Nicoletti*
                Paul J. Nicoletti